## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### (Charlottesville Division)

NANCY PETERSON,                          :
Conservator for Madalyn Peterson,        :
                                         :
        Plaintiff,                       :
                                         :
v.                                       :          Civil Action No. 3:16CV00026
                                         :
KEVIN LEONARD PADDY,                     :
                                         :
        Defendant.                       :

### NOTICE OF FILING

THE CLERK OF THE COURT will please take notice that the Defendant,

Kevin Leonard Paddy, has, this **22ⁿᵈ day of February, 2017**, served his Requests

for Admission to Plaintiff, on the Plaintiff, NANCY PETERSON, Conservator for

Madalyn Peterson, by faxing and mailing a copy of the same to Plaintiffs' attorney,

J. Michael Sharman, Esquire, with a copy of this Notice attached.

                                        **KEVIN LEONARD PADDY**
                                        By Counsel

BANCROFT, MCGAVIN, HORVATH & JUDKINS, P.C.

_____/s/_____
Michael E. Thorsen, Esquire
VSB No.: 41966
mthorsen@bmhjlaw.com
John D. McGavin, Esquire
VSB No. 21794
jmcgavin@bmhjlaw.com
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of February, 2017, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> J. Michael Sharman, Esquire
> Commonwealth Law Offices, P.C.
> 246 E. Davis Street, Suite 200
> Culpeper, Virginia 22701
> Counsel for Plaintiff

/s/
_____
John D. McGavin, Esquire

BANCROFT, MCGAVIN, HORVATH & JUDKINS, P.C.
9990 FAIRFAX BOULEVARD  •  SUITE 400  •  FAIRFAX, VIRGINIA 22030  •  (703) 385-1000  •  FAX (703) 385-1555